**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SKOTNICKI, PIOTR § | Case No. 10-71342 |
| SKOTNICKI, MONIKA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/04/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: _/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                                      Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SKOTNICKI, PIOTR | § | Case No. 10-71342 |
| SKOTNICKI, MONIKA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.04 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,000.04 |
| **Balance on hand:** | $ 5,000.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,000.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,750.00 |
| Remaining balance: | $ 2,250.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,250.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,250.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,939.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,471.21 | 0.00 | 66.29 |
| 2 | American Infosource Lp As Agent for | 10,235.48 | 0.00 | 461.16 |
| 3 | Chase Bank USA, N.A. | 2,731.84 | 0.00 | 123.08 |
| 4 | Chase Bank USA, N.A. | 4,872.38 | 0.00 | 219.53 |
| 5 | Chase Bank USA, N.A. | 3,793.00 | 0.00 | 170.89 |
| 6 | U.S. Bank N.A. | 2,539.01 | 0.00 | 114.40 |
| 7 | State Farm Bank | 8,904.51 | 0.00 | 401.20 |
| 8 | PYOD LLC its successors and assigns as assignee of | 2,961.63 | 0.00 | 133.44 |
| 9 | PYOD LLC its successors and assigns as assignee of | 9,213.32 | 0.00 | 415.11 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | PYOD LLC its successors and assigns as assignee of | 189.29 | 0.00 | 8.53 |
| 11 | PYOD LLC its successors and assigns as assignee of | 3,027.68 | 0.00 | 136.41 |

Total to be paid for timely general unsecured claims: $ 2,250.04
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
Case 10-71342   Doc 41   Filed 03/15/11   Entered 03/17/11 23:34:27   Desc Imaged
                         Certificate of Service   Page 7 of 7
```
United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-71342-MB
Piotr Skotnicki                                                     Chapter 7
Monika Skotnicki
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 1          Date Rcvd: Mar 15, 2011
                              Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2011.
```
db/jdb     +Piotr Skotnicki,    Monika Skotnicki,    428 Thunder Ridge,    Lake In the Hills, il 60156-4827
aty        +James McGonnagle,    James D McGonnagle,    3032 N Milwaukee Ave,    Chicago, IL 60618-6623
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
15296817   +Bank Of America,    PO BOX 650070,    Dallas TX 75265-0070
15296821   +CHASE CARDMEMBER SERV,    PO BOX 15153,    WILMINGTON DE 19886-5153
15296828   +CITI,    PO BOX 6000,    THE LAKES NV 88901-6000
16227218    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15296819   +HOME DEPOT CREDIT SERVICES,    PO BOX 653000,    DALLAS TX 75265-3000
15296824   +HSBC CARD SERVICES,    PO BOX 17332,    BALTIMORE MD 21297-1332
15296827   +HSBC RETAIL SERVICES,    PO BOX 17602,    BALTIMORE MD 21297-1602
15296829   +National City,    One NCC Parkway,    Kalamazoo MI 49009-8003
15296823   +PEOPLES GAS,    CHICAGO IL 60687-0001
16521099   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16269422    State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15296818   +State Farm Bank,    PO Box 23025,    Columbus GA 31902-3025
15296826   +TARGET NATIONAL BANK,    PO BOX 59317,    MINNEAPOLIS MN 55459-0317
15296825   +UNION PLUS CREDIT CARD,    PO BOX 17051,    BALTIMORE MD 21297-1051
16246495  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
             Cincinnati, OH 45201-5229)
15296820  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US BANK,    PO BOX 790408,    ST LOUIS MO 63179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16154697     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2011 00:21:41
             American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15296822    +E-mail/Text: legalcollections@comed.com Mar 16 2011 00:16:08     COMED,    PO BOX 6111,
             CAROL STREAM IL 60197-6111
15842617    +E-mail/Text: legalcollections@comed.com Mar 16 2011 00:16:08     Commonwealth Edison Company,
             3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16521097     E-mail/Text: resurgentbknotifications@resurgent.com Mar 16 2011 00:00:19
             PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2011**                **Signature:** _/s/ Joseph Speetjens_