# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SKOTNICKI, PIOTR   § Case No. 10-71342
       SKOTNICKI, MONIKA  §
                          §
Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $450,020.00         Assets Exempt: $12,940.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,250.04    Claims Discharged
                                              Without Payment: $66,919.56

Total Expenses of Administration: $2,750.00

---

  3) Total gross receipts of $ 5,000.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $575,020.13 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,886.00 | 2,750.00 | 2,750.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,356.58 | 49,939.35 | 49,939.35 | 2,250.04 |
| **TOTAL DISBURSEMENTS** | $625,376.71 | $53,825.35 | $52,689.35 | $5,000.04 |

4) This case was originally filed under Chapter 7 on March 22, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2011          By: /s/STEPHEN G. BALSLEY
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES - 2007 4Runner | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State Farm Bank | 4110-000 | 8,389.06 | N/A | N/A | 0.00 |
| NOTFILED | National City | 4110-000 | 29,701.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 341,838.07 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 195,092.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$575,020.13** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,636.00 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,886.00 | 2,750.00 | 2,750.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 128.42 | 1,471.21 | 1,471.21 | 66.29 |
| 2 | American Infosource Lp As Agent for | 7100-000 | 9,315.84 | 10,235.48 | 10,235.48 | 461.16 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,731.84 | 2,731.84 | 123.08 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 4,228.76 | 4,872.38 | 4,872.38 | 219.53 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 3,405.06 | 3,793.00 | 3,793.00 | 170.89 |
| 6 | U.S. Bank N.A. | 7100-000 | 2,298.77 | 2,539.01 | 2,539.01 | 114.40 |
| 7 | State Farm Bank | 7100-000 | N/A | 8,904.51 | 8,904.51 | 401.20 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,961.63 | 2,961.63 | 133.44 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 8,265.48 | 9,213.32 | 9,213.32 | 415.11 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 189.29 | 189.29 | 8.53 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 3,484.00 | 3,027.68 | 3,027.68 | 136.41 |
| NOTFILED | HOME DEPOT CREDIT SERVICES | 7100-000 | 2,237.69 | N/A | N/A | 0.00 |
| NOTFILED | HSBC CARD SERVICES | 7100-000 | 4,492.76 | N/A | N/A | 0.00 |
| NOTFILED | PEOPLES GAS | 7100-000 | 515.21 | N/A | N/A | 0.00 |
| NOTFILED | COMED | 7100-000 | 221.08 | N/A | N/A | 0.00 |
| NOTFILED | HSBC RETAIL SERVICES | 7100-000 | 1,605.32 | N/A | N/A | 0.00 |
| NOTFILED | HSBC CARD SERVICES | 7100-000 | 4,655.89 | N/A | N/A | 0.00 |
| NOTFILED | UNION PLUS CREDIT CARD | 7100-000 | 5,502.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 50,356.58 | 49,939.35 | 49,939.35 | 2,250.04 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-71342  
**Case Name:** SKOTNICKI, PIOTR  
SKOTNICKI, MONIKA  
**Period Ending:** 07/26/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/22/10 (f)  
**§341(a) Meeting Date:** 05/03/10  
**Claims Bar Date:** 12/16/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | 220.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 5 | AUTOMOBILES - 2003 Pontiac Vipe | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | AUTOMOBILES - 2007 4Runner | 18,000.00 | 5,000.00 | DA | 5,000.00 | FA |
| 7 | 428 Thunder Ridge, Lake in the Hills, IL | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 4979 North Austin, Chicago, IL  60630 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.04 | FA |
| 9 | Assets Totals (Excluding unknown values) | $450,020.00 | $5,000.00 | | $5,000.04 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 16, 2010      **Current Projected Date Of Final Report (TFR):**   December 22, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-71342  
**Case Name:** SKOTNICKI, PIOTR  
SKOTNICKI, MONIKA  
**Taxpayer ID #:** **-***3149  
**Period Ending:** 07/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-65 - Money Market Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/10 | {6} | Jan Czajowski | Bankruptcy Estate's interest in 2007 Toyota 4Runner | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,000.02 |
| 12/22/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,000.04 |
| 12/22/10 | | To Account #9200******4166 | Transfer funds from MMA to Checking Account | 9999-000 | | 5,000.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.04 | 5,000.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,000.04 | |
| | | | **Subtotal** | | 5,000.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.04** | **$0.00** | |

{} Asset reference(s)

Printed: 07/26/2011 01:51 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-71342  
**Case Name:** SKOTNICKI, PIOTR  
SKOTNICKI, MONIKA  
**Taxpayer ID #:** **-***3149  
**Period Ending:** 07/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-66 - Checking Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/10 | | From Account #9200******4165 | Transfer funds from MMA to Checking Account | 9999-000 | 5,000.04 | | 5,000.04 |
| 04/04/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,500.00 | 3,500.04 |
| 04/04/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 2,250.04 |
| 04/04/11 | 103 | Commonwealth Edison Company | Dividend paid 4.50% on $1,471.21; Claim# 1; Filed: $1,471.21; Reference: | 7100-000 | | 66.29 | 2,183.75 |
| 04/04/11 | 104 | American Infosource Lp As Agent for | Dividend paid 4.50% on $10,235.48; Claim# 2; Filed: $10,235.48; Reference: | 7100-000 | | 461.16 | 1,722.59 |
| 04/04/11 | 105 | Chase Bank USA, N.A. | Dividend paid 4.50% on $2,731.84; Claim# 3; Filed: $2,731.84; Reference: | 7100-000 | | 123.08 | 1,599.51 |
| 04/04/11 | 106 | Chase Bank USA, N.A. | Dividend paid 4.50% on $4,872.38; Claim# 4; Filed: $4,872.38; Reference: | 7100-000 | | 219.53 | 1,379.98 |
| 04/04/11 | 107 | Chase Bank USA, N.A. | Dividend paid 4.50% on $3,793.00; Claim# 5; Filed: $3,793.00; Reference: | 7100-000 | | 170.89 | 1,209.09 |
| 04/04/11 | 108 | U.S. Bank N.A. | Dividend paid 4.50% on $2,539.01; Claim# 6; Filed: $2,539.01; Reference: | 7100-000 | | 114.40 | 1,094.69 |
| 04/04/11 | 109 | State Farm Bank | Dividend paid 4.50% on $8,904.51; Claim# 7; Filed: $8,904.51; Reference: | 7100-000 | | 401.20 | 693.49 |
| 04/04/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 4.50% on $2,961.63; Claim# 8; Filed: $2,961.63; Reference: | 7100-000 | | 133.44 | 560.05 |
| 04/04/11 | 111 | PYOD LLC its successors and assigns as assignee of | Dividend paid 4.50% on $9,213.32; Claim# 9; Filed: $9,213.32; Reference: | 7100-000 | | 415.11 | 144.94 |
| 04/04/11 | 112 | PYOD LLC its successors and assigns as assignee of | Dividend paid 4.50% on $189.29; Claim# 10; Filed: $189.29; Reference: | 7100-000 | | 8.53 | 136.41 |
| 04/04/11 | 113 | PYOD LLC its successors and assigns as assignee of | Dividend paid 4.50% on $3,027.68; Claim# 11; Filed: $3,027.68; Reference: | 7100-000 | | 136.41 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | 5,000.04 | 5,000.04 | $0.00 |
| | | Less: Bank Transfers | 5,000.04 | 0.00 | |
| | | **Subtotal** | 0.00 | 5,000.04 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$0.00** | **$5,000.04** | |

{} Asset reference(s)    Printed: 07/26/2011 01:51 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-71342 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | SKOTNICKI, PIOTR | | **Bank Name:** | The Bank of New York Mellon |
| | SKOTNICKI, MONIKA | | **Account:** | 9200-******41-66 - Checking Account |
| **Taxpayer ID #:** | **-***3149 | | **Blanket Bond:** | $373,000.00 (per case limit) |
| **Period Ending:** | 07/26/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******41-65** | **5,000.04** | **0.00** | **0.00** |
| **Checking # 9200-******41-66** | **0.00** | **5,000.04** | **0.00** |
| | **$5,000.04** | **$5,000.04** | **$0.00** |

{} Asset reference(s)      Printed: 07/26/2011 01:51 PM    V.12.57